



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CP:SLD
F.# 2005R00602

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

May 30, 2006

The Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>   Re: United States v. Fabio Ramos
>       Criminal Docket No. 05-764 (DLI)

Dear Judge Irizarry:

Upon consent of the parties, the government writes to request that the status conference currently scheduled for Wednesday, May 31, 2006 be adjourned until Wednesday, July 12, 2006 at 11:00 a.m. Presently, the parties are engaged in plea negotiations and it is likely that the matter will be resolved without the need for a trial. As such, the parties make this application to the court for an adjournment.

The parties further request that the period of delay from May 31, 2006 through July 12, 2006 be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). In granting this application, the government requests that the Court make a finding, based upon the foregoing explanation, that the ends of justice served by taking

such action outweigh the best interest of the public and the defendant Fabio Ramos in a speedy trial.

*Application granted on consent. Status conference is adjourned until July 12, 2006 at 11:00 am. Time is excluded on consent and in the interest of justice between May 31, 2006 and July 12, 2006.*

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: _____
Steven L. D'Alessandro
Assistant U.S. Attorney
(718) 254-6200

SO ORDERED:

_____
HON. DORA L. IRIZARRY
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

Dated: Brooklyn, NY
June 5, 2006

cc: Clerk of the Court (DLI)

   Roger Bernstein, Esq.
   (Via Telecopier 212-986-8039)